1  EILEEN M. DECKER                                    JS-6
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROBYN MARIE LYON MONTELEONE
5  Assistant United States Attorney
   Chief, General Civil Section
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear Street, Suite 800
9        San Francisco, CA  94105
10       Telephone: (415) 977-8825
         Facsimile: (415) 744-0134
11       Email: Jennifer.Tarn@ssa.gov
12 Attorneys for Defendant

13

14              **UNITED STATES DISTRICT COURT**
15              **CENTRAL DISTRICT OF CALIFORNIA**
                       **WESTERN DIVISION**
16

17 REGINALD FIELDS,                )  Case No. 2:15-cv-07848-PA-AGR
                                    )
18       Plaintiff,                 )
                                    )  **JUDGMENT**
19       v.                         )
                                    )
20                                  )
   CAROLYN W. COLVIN, Acting        )
21 Commissioner of Social Security, )
                                    )
22       Defendant.                 )
                                    )
23 _____ )

24

25

26

27

28

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: July 14, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE